UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBEW PACIFIC COAST PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> HARRIS ELECTRIC, INC., <br><br> Defendant. | CASE NO. C18-0181JLR <br><br> ORDER LIFTING STAY |

On April 27, 2018, Plaintiff IBEW Pacific Coast Pension Fund ("IBEW") filed a notice that King County Superior Court had entered an order appointing a receiver for Defendant Harris Electric, Inc. ("Harris Electric") in Case No. 18-2-6-75-3. (1st Notice (Dkt. # 5)).) The notice operated as an automatic stay of these proceedings. (*See id.*) IBEW now notifies the court that on November 15, 2018, the King County Superior Court entered an order approving the Receiver's final report and accounting and discharging the Receiver's bond and other relief. (2d Notice (Dkt. # 6)).) IBEW now

ORDER - 1

asks the court to "lift the stay . . . so that this case may move towards resolution." (*Id.* at 3.) Accordingly, the court grants IBEW's request and lifts the stay so that this case may proceed to resolution.

Dated this 29th day of October, 2019.

JAMES L. ROBART
United States District Judge