HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IBEW PACIFIC COAST PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS ELECTRIC, INC., a Washington corporation, UBI No. 600034291, MACKAY COMMUNICATIONS, INC., a Washington foreign corporation, UBI No. 601038147, d/b/a MACKAY MARINE, INC.,<br><br>Defendants. | NO. 2:18-cv-00181-JLR<br><br>~~PROPOSED~~<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES |

THIS MATTER comes before the Court upon Plaintiff and Mackay Communications, Inc.'s Stipulated Motion to Extend Initial Scheduling Dates. The Court has reviewed the Stipulated Motion, as well as the remainder of the record, and deems itself fully advised of the premises. The Court finds good cause to grant the relief requested;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Initial Scheduling Dates in this matter are stricken; and

2. If the Court denies Defendant Mackay Communications, Inc's Motion to Dismiss [Dkt No. 15], the Court will issue new Initial Scheduling Dates.

ORDER GRANTING STIPULATED MOTION TO
EXTEND INITIAL SCHEDULING DATES - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{03928962.DOCX;2 }

1     DATED this ___11___ day of February, 2020.

2

3

              HONORABLE JAMES L. ROBART

4               United States District Court Judge

5

6

7    CAIRNCROSS & HEMPELMANN, P.S.

8

9    s/ Jennifer Faubion

      Jennifer Faubion WSBA No. 39880

10    E-mail: jfaubion@cairncross.com

      Christopher L. Young WSBA No. 47977

11    E-mail: cyoung@cairncross.com

12    524 Second Avenue, Suite 500

      Seattle, WA 98104-2323

13    Telephone: (206) 587-0700

      Facsimile: (206) 587-2308

14    Attorneys for Mackay Communications, Inc.

15

16    TURNER, STOEVE & GAGLIARDI, P.S.

17

18    s/ Leta A. Eschenbacher

      LETA A. ESCHENBACHER, WSBA No. 47091

19    201 W. North River Drive, Suite 190

      Spokane, WA 99201

20    Phone: (509) 326-1552; Fax: (509) 325-1425

21    leta@tgslaw.net

      Attorneys for Plaintiff

22

      s/ David L. Sieck

23    DAVID L. SIECK, WSBA No. 54063

24    201 W. North River Drive, Suite 190

      Spokane, WA 99201

25    Phone: (509) 326-1552; Fax: (509) 325-1425

      david@tgslaw.net

26    Attorneys for Plaintiff

ORDER GRANTING STIPULATED MOTION TO
EXTEND INITIAL SCHEDULING DATES - 2

{03928962.DOCX;2 }