HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IBEW PACIFIC COAST PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS ELECTRIC, INC., a Washington corporation, UBI No. 600034291, MACKAY COMMUNICATIONS, INC., a Washington foreign corporation, UBI No. 601038147, d/b/a MACKAY MARINE, INC.,<br><br>Defendants. | NO. 2:18-cv-00181-JLR<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES |

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Extend Initial Scheduling Dates. The Court has reviewed the Stipulated Motion, as well as the remainder of the record, and deems itself fully advised of the premises. The Court finds good cause to grant the relief requested;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Initial Scheduling Dates in this matter are stricken; and
2. The Court will issue an order setting new Initial Scheduling Dates as follows:
    a. Deadline for FRCP 26(f) Conference: June 19, 2020
    b. Initial Disclosure Pursuant to FRCP 26(a)(1): July 3, 2020

ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04022720.DOCX;2 }

      c. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): July 10, 2020.

DATED this 5th day of June, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge

CAIRNCROSS & HEMPELMANN, P.S.

s/ Binah B. Yeung
Binah B. Yeung, WSBA No. 44065
Email: byeung@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Mackay Communications, Inc.

/s Jonathan D. Tebbs
Jonathan D. Tebbs, WSBA No. 53861
Email: jtebbs@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Mackay Communications, Inc.

ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04022720.DOCX;2 }

1  TURNER, STOEVE & GAGLIARDI, P.S.

2

3  s/ Leta A. Eschenbacher
   LETA A. ESCHENBACHER, WSBA No. 47091
4  201 W. North River Drive, Suite 190
   Spokane, WA 99201
5  Phone: (509) 326-1552; Fax: (509) 325-1425
6  leta@tgslaw.net
   Attorneys for Plaintiff
7
   s/ David L. Sieck
8  DAVID L. SIECK, WSBA No. 54063
   201 W. North River Drive, Suite 190
9  Spokane, WA 99201
10 Phone: (509) 326-1552; Fax: (509) 325-1425
   david@tgslaw.net
11 Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO
EXTEND INITIAL SCHEDULING DATES - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04022720.DOCX;2 }