HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IBEW PACIFIC COAST PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS ELECTRIC, INC., a Washington corporation, UBI No. 600034291, MACKAY COMMUNICATIONS, INC., a Washington foreign corporation, UBI No. 601038147, d/b/a MACKAY MARINE, INC.,<br><br>Defendants. | NO. 2:18-cv-00181-JLR<br><br>ORDER GRANTING STIPULATION TO WITHDRAW AND SUBSTITUTE NEW COUNSEL FOR DEFENDANT MACKAY COMMUNICATIONS, INC. D/B/A MACKAY MARINE, INC. |

THIS MATTER comes before the Court upon the parties' Stipulation to Withdraw and Substitute New Counsel for Defendant Mackay Communications, Inc. d/b/a Mackay Marine, Inc. The Court has reviewed the Stipulation, as well as the remainder of the record, and deems itself fully advised of the premises. The Court finds good cause to grant the relief requested;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Binah B. Yeung, Jonathan D. Tebbs, Christopher L. Young, Jennifer K. Faubion, and Cairncross & Hempelmann, P.S. are withdrawn as counsel of record as of the date of this Order.

ORDER GRANTING STIPULATION TO WITHDRAW
AND SUBSTITUTE COUNSEL- 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04055649.DOCX;1 }

2. Christopher M. Huck and Goldfarb & Huck Roth Riojas PLLC are substituted as counsel of record for Defendant Mackay Communications, Inc. d/b/a Mackay Marine, Inc.

DATED this 31st day of August, 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

*s/ Binah B. Yeung*
Binah B. Yeung, WSBA No. 44065
Email: byeung@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Withdrawing Attorneys for Mackay Communications, Inc.

*s/ Jonathan D. Tebbs*
Jonathan D. Tebbs, WSBA No. 53861
Email: jtebbs@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Withdrawing Attorneys for Mackay Communications, Inc.

ORDER GRANTING STIPULATION TO WITHDRAW AND SUBSTITUTE ATTORNEY- 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04055649.DOCX;1 }

1

2  *s/ Christopher L. Young*
   Christopher L. Young, WSBA No. 47977
3  Email: cyoung@cairncross.com
   524 Second Avenue, Suite 500
4  Seattle, WA  98104-2323
   Telephone: (206) 587-0700
5  Facsimile: (206) 587-2308
   Withdrawing Attorneys for Defendant
6  Mackay Communications, Inc.

7  *s/ Jennifer K. Faubion*
   Jennifer K. Faubion, WSBA No. 39880
8  Email: jfaubion@cairncross.com
9  524 Second Avenue, Suite 500
   Seattle, WA  98104-2323
10 Telephone: (206) 587-0700
   Facsimile: (206) 587-2308
11 Withdrawing Attorneys for Defendant
12 Mackay Communications, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATION TO WITHDRAW AND SUBSTITUTE ATTORNEY - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04055649.DOCX;1 }