UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBEW PACIFIC COAST PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> HARRIS ELECTRIC, INC., et al. <br><br> Defendants. | CASE NO. C18-0181JLR <br><br> ORDER |

The court is in receipt of Plaintiff IBEW Pacific Coast Pension Fund's ("IBEW") motion for entry of default judgment against Defendant Harris Electric, Inc. (Dkt. # 39); Defendant Mackay Communications, Inc.'s ("Mackay") notice of intent to file a response in opposition to IBEW's motion for entry of default judgment (Dkt. # 40); IBEW's response to Mackay's notice of intent (Dkt. # 41), in which it argues that Mackay should not be allowed to respond to IBEW's motion; and Mackay's response in opposition to IBEW's motion for entry of default judgment (Dkt. # 42).

ORDER - 1

1   Having considered the briefing filed by the parties, the court will consider
2  Mackay's opposition to IBEW's motion for default judgment.  The court ORDERS
3  IBEW to file a reply to Mackay's response in opposition to IBEW's motion for entry of
4  default judgment (Dkt. # 42) by no later than Monday, December 7, 2020.  The Clerk is
5  DIRECTED to re-note IBEW's motion for entry of default judgment (Dkt. # 39) to
6  Monday, December 7, 2020.
7   Dated this 1st day of December, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge