UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBEW PACIFIC COAST PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> HARRIS ELECTRIC, INC., et al., <br><br> Defendants. | CASE NO. C18-0181JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On July 19, 2021, the parties filed a stipulated motion to set the trial date in this matter in June 2022. (7/19/21 Stip. (Dkt. # 47).)  The court was unable to accommodate the parties' request at that time and offered, instead, to set trial at the end of its trial calendar. (*See* 7/19/21 Order (Dkt. # 48).)  The parties accepted the court's offer and the

MINUTE ORDER - 1

court set trial on May 15, 2023.  (*See* 7/21/21 Stip. (Dkt. # 49); 7/21/21 Order (Dkt. # 50); 7/22/21 Sched. Order (Dkt. # 51)).

Since then, several trial dates have become available that are closer to the parties' originally requested date.  Accordingly, the court ORDERS the parties to file a joint status report by no later than April 8, 2022, regarding their readiness for a bench trial beginning on **September 26, 2022**.  If the court resets trial on that date, the new discovery motions deadline will be April 29, 2022; the discovery deadline will be May 31, 2022; and the dispositive motions deadline will be June 28, 2022.  If the parties will not be ready or available for trial on September 26, 2022, the parties shall inform the court of the date when they expect to be ready for trial.

Filed and entered this 29th day of March, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2