UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBEW PACIFIC COAST PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> HARRIS ELECTRIC, INC., et al., <br><br> Defendants. | CASE NO. C18-0181JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of the parties' response to its March 29, 2022 minute order. (4/7/22 JSR (Dkt. # 53); *see* 3/29/22 Min. Order (Dkt. # 52).) In that minute order, the court ordered the parties to file a joint status report regarding their readiness for a bench trial beginning on September 26, 2022. (*See* 3/29/22 Min. Order.) The parties jointly agree that the case will not be ready for trial on that date. (*See* 4/7/22 JSR at 1.) They

MINUTE ORDER - 1

report that they have been working diligently and cooperatively on discovery; are planning the timing of depositions based on the current case schedule; and have adjusted their schedules for other matters, including trials, based on the current case schedule. (*Id.* at 2 (citing Sched. Order (Dkt. # 51)).)  They jointly request that the trial remain set on May 15, 2023.  (*Id.*)

The court GRANTS the parties' request.  The trial date and all pretrial deadlines will remain as set in the court's scheduling order.

Filed and entered this 8th day of April, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk