**THE HONORABLE JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBEW PACIFIC COAST PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS ELECTRIC, INC., a Washington corporation, UBI NO. 600034291, MACKAY COMMUNICATIONS, INC., a Washington foreign corporation, UBI NO. 601038147, d/b/a MACKAY MARINE, INC.,<br><br>Defendants. | CASE NO. 2:18-cv-00181-JLR<br><br>**JLR**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR:<br>Thursday, December 22, 2022** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff IBEW Pacific Coast Pension Fund ("Plaintiff") and Defendant Mackay Communications, Inc. ("Defendant") hereby stipulate to the dismissal of all claims, counterclaims, and causes of action that were asserted or could have been asserted by the parties in this action, with prejudice and without costs or fees to any party.

The parties further agree to the entry of the Order of Dismissal With Prejudice subjoined below.

| | | |
|---|---|---|
| 1 | | |
| 2 | SO STIPULATED this December 22, 2022. | |
| 3 | **Goldfarb & Huck Roth Riojas, PLLC** | **Law Office of Geoffrey D. Swindler, P.S.** |
| 4 | */s/ Christopher M. Huck*<br>Christopher M. Huck, WSBA No. 34104 | */s/ Geoffrey D. Swindler*<br>Geoffrey D. Swindler, WSBA No. 20176 |
| 5 | */s/ R. Omar Riojas*<br>R. Omar Riojas, WSBA No. 35400 | 103 E. Indiana Avenue, Suite A |
| 6 | | Spokane, WA 99207 |
| 7 | 925 Fourth Avenue, Suite 3950<br>Seattle, Washington 98104 | Telephone: (509) 326-7700<br>Email: gds@swindlerlaw.com |
| 8 | Telephone: (206) 452-0260<br>E-mail: huck@goldfarb-huck.com | **Turner, Stove & Gagliardi, P.S.** |
| 9 |        riojas@goldfarb-huck.com | |
| 10 | Attorneys for Defendant<br>Mackay Communications, Inc. | */s/ Leta A. Eschenbacher*<br>Leta A. Eschenbacher, WSBA No. 47091 |
| 11 | | 201 W. North River Drive, Suite 190 |
| 12 | | Spokane, WA 99201<br>Telephone: (509) 326-1552 |
| 13 | | Email: leta@tsglaw.net |
| 14 | | Attorneys for Plaintiff |
| 15 | | IBEW Pacific Coast Pension Fund |

STIPULATION AND
ORDER OF DISMISSAL - 2
CASE NO. 2:18-cv-00181-JLR

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Stipulation for an Order of Dismissal With Prejudice, and the Court having considered the pleadings and papers filed by the parties, and all other matters properly before the Court,

**IT IS ORDERED** that all claims, counterclaims, and causes of action that were asserted or could have been asserted by the parties in this action are dismissed with prejudice and without costs or fees to any party.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice.

DATED this 23rd day of December, 2022.

_____
Hon. James L. Robart
United States District Judge

STIPULATION AND
ORDER OF DISMISSAL - 3
CASE NO. 2:18-cv-00181-JLR